UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:                                     CASE NO. 6:14-cv-2036-ORL-41TBS

SCOTT RANDOLPH MATTHEWS
Status of Bankruptcy Proceedings
Case No: 6:13-bk-12213-CCJ


RECEIVED
NOV 0 6 2015
CLERK, U.S. BANKRUPTCY
ORLANDO, FL

Now comes the Scott Matthews as the District Court has ordered and claims that there has been NO CHANGE in the status of the bankruptcy proceedings and the bankruptcy case is still open.

Scott R. Matthews
Scott R. Matthews
7051 Bramlea Lane
Windermere, FL 34786
Phone: (407) 716-8800
Personally

DATED on October 15, 2015

                                    FOR THE COURT
                                    Lee Ann Bennett, Clerk of Court
                                    George C. Young Federal Courthouse
                                    400 West Washington Street
                                    Suite 5100
                                    Orlando, FL 32801