# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION



RECEIVED
APR 0 8 2016
CLERK, U.S. BANKRUPTCY
ORLANDO, FL

IN RE:                         CASE NO. 6:14-cv-2036-ORL-41TBS

SCOTT RANDOLPH MATTHEWS
Status of Bankruptcy Proceedings and Request for Notice or Ruling
Case No: 6:13-bk-12213-CCJ

Now comes Scott Matthews as the District Court has ordered and claims that there has been <u>NO CHANGE</u> in the status of the bankruptcy proceedings, however my attorney Charles Price, Esq and the attorney representing Blue Moon Marketing and Brian MacGregor scheduled a voluntary mediation on January 14th 2016 that was to be followed by depositions by myself and Brian MacGregor, representing Blue Moon Marketing the following day which was noticed to the bankruptcy courts in Orlando. Prior to the mediation and before we entered the attorney's office Brian MacGregor as well as the companies that he represents were served <u>by the Federal Trade Commission for violations of his Court Order in California which is directly relevant to the claims in this case.</u>

Further, from emails that I have received Blue Moon Marketing and Brian MacGregor have received a Cease and Desist Letter and a demand that Blue Moon Marketing remove the Copy Right registration number PA0001863875 titled Carnival 5 Day Land & Sea Vacation from any and all marketing materials that they may have and to discontinue the Copy Right at the U.S. Patent office.

I don't understand how this case has continued and caused so many people financial damage, including in my case having to file for bankruptcy protection from an individual that has clearly defrauded consumers, the U.S. Court system and The United States Government to the amount of $28.2 million dollars.

My personal bankruptcy case is still open awaiting a viable agreement that we outlined in the mediation on January 14 2016.

Scott R. Matthews

Scott R. Matthews
7051 Bramlea Lane
Windermere, FL 34786
Phone: (407) 716-8800
Personally

DATED on April 4th 2016

                         FOR THE COURT
                         Lee Ann Bennett, Clerk of Court
                         George C. Young Federal Courthouse
                         400 West Washington Street
                         Suite 5100
                         Orlando, FL 32801