

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

04/06/2016 02:00 PM

COURTROOM 6D, 6th Floor

HONORABLE CYNTHIA JACKSON

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 6:13-bk-12213-CCJ | 7 | 10/01/2013 |

Chapter 7

**DEBTOR:** Scott Matthews

**DEBTOR ATTY:** Charles Price

**TRUSTEE:** Gene Chambers

**HEARING:**

1) Motion by Blue Moon to Extend Time to Comply   (Doc #50)
2) Motion by Blue Moon Marketing to Compel First Request for Production of Documents and Request to Reserve as to Sanctions (Doc #52)
Note: Discharged 8/12/14; Reopened 6/12/15; con't from 9/16/15; 10/28/15; 1/13/16

**APPEARANCES:**:
Ana Devillers: D'or Atty
Todd Budgen: Blue Moon/Brian McGregor Atty

**RULING:**
1) Motion by Blue Moon to Extend Time to Comply    (Doc #50) - Continued to 7/20/16 at 2:00pm (AOCNFNG);

2) Motion by Blue Moon Marketing to Compel First Request for Production of Documents and Request to Reserve as to Sanctions (Doc #52) - Continued to 7/20/16 at 2:00pm (AOCNFNG).

Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.