

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

07/20/2016 02:00 PM

COURTROOM   6D, 6th Floor

HONORABLE CYNTHIA JACKSON

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 6:13-bk-12213-CCJ | 7 | 10/01/2013 |

Chapter 7

**DEBTOR:**   Scott Matthews

**DEBTOR ATTY:**   Charles Price

**TRUSTEE:**   Gene Chambers

**HEARING:**

1) Motion by Blue Moon to Extend Time to Comply   (Doc #50)
2) Motion by Blue Moon Marketing to Compel First Request for Production of Documents and Request to Reserve as to Sanctions (Doc #52)
Note: Con't from 9/16/15; 10/28/15; 1/13/16; 4/6/16
Discharged 8/12/14; Reopened 6/12/15
Letter by Debtor re:: Status of Bankruptcy Proceeding and Request for Ruling (Doc #70) Filed 4/8/16

**APPEARANCES:**:: Anna DeVilliers: Debtor Atty; Tod Budgen: Blue Moon Atty;

**RULING:**
1) Motion by Blue Moon to Extend Time to Comply     (Doc #50) - Denied as moot in open court ;2) Motion by Blue Moon Marketing to Compel First Request for Production of Documents and Request to Reserve as to Sanctions   (Doc #52) - Denied as moot in open court. Parties will upload a settlement agreement and the Court will approve . (gww)
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.