ORDERED.

Dated: October 05, 2016

_____
Cynthia C. Jackson
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

SCOTT RANDOLPH MATTHEWS

Debtors.
_____/

Case No.: 6:13-BK-12213-CCJ
Chapter 7

ORDER ON MOTION TO EXTEND TIME TO
COMPLY AND MOTION TO COMPEL FIRST REQUEST
FOR PRODUCTION AND REQUEST TO RESERVE AS TO SANCTIONS
(related documents 50 and 52)

THIS PROCEEDING came before the Court on July 20, 2016 upon Credit Blue

Moon Marketing LLC's Motion to Extend Time to Comply (Doc #50) and Credit Blue

Moon Marketings LLC's Motion to Compel First Request for Production of Documents

and Request to Reserve as to Sanctions (Doc. #52.)  For the reasons stated orally and recording in open court, it is

**ORDERED**:

1. Credit, Blue Moon Marketing, LLC's Motion to Extend Time to Comply (Doc. no #50 and Motion to Compel First Request for Production of Documents and Request to Reserve as to Sanctions (Doc. #52) are denied as moot as the parties have settled the matters.

2. The Settlement Agreement filed in the docket as Docket Entry 77 as incorporated herein by reference is hereby APPROVED.

3. This bankruptcy case may be reopened by any party without fee or hearing to enforce the Settlement Agreement.

Attorney L. Todd Budgen is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.