**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 6:13-BK-12213-CCJ |
| SCOTT RANDOLPH MATTHEWS, ) | |
| ) | Chapter: 7 |
| Debtor. ) | |
| ) | |

**NOTICE OF APPEARANCE**

COMES NOW the undersigned attorney, CYNTHIA CONLIN, and the firm Cynthia Conlin & Associates, pursuant to Rule 9010, Federal Rules of Bankruptcy Procedure, and hereby notices all parties that she has entered an appearance as counsel for Creditor, BLUE MOON MARKETING, LLC, in the above-captioned action.

**CERTIFICATE OF SERVICE**

I hereby certify that on **June 15, 2017**, I served a copy of the foregoing via CM/ECF thereby effecting service on all parties.

*Attorney for Blue Moon Marketing, LLC:*

**Cynthia Conlin & Associates**
1643 Hillcrest Street
Orlando, FL 32803
Tel. 407-965-5519/Fax 407-545-4397
www.ConlinPA.com

/s/ Cynthia Conlin, Esq.
[X] CYNTHIA CONLIN, ESQ.
Florida Bar No. 47012
Cynthia@cynthiaconlin.com
[ ] TONY PAGAN JR., Esq.
Florida Bar No. 121626
Tony@conlinpa.com
Secondary Email for Service:
Jeff@cynthiaconlin.com